248

*Mr. Broom* for the State.   Ryley was in fault for going to the house and taking the brandy.

*Mr. Cooper* for defendant.

*Mr. Wilson* for defendant.

*Mr. Broom* in conclusion.

Verdict, not guilty.

## STATE v. NEGRO ANTHONY, the Slave of Nancy Young.

Court of Quarter Sessions.   Sussex.   November 19, 1802.

*Rodney's Notes.*

*Bayard* for prisoner.

Celia Young, the wife of Nathan Young. She took up one chair to strike Anthony. He took it away. She took another and struck at him with another. I did not apprehend Anthony struck or meant to strike.

Robert Young. I was present. Mother made a stroke at him with a chair. I got it from her and said he was going. She then took another and struck at him. He fended it off, and it struck her in the eye. Imagine she did not complain, nor he did not offer to strike her at all.

Verdict, not guilty, jury being up about fifteen minutes.

### STATE v. JAMES HANCOCK.

Court of Quarter Sessions. Sussex. November 19, 1802.

*Rodney's Notes.*

